IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | ) | CV 06-3094-PA |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD DAVIS, as | ) | |
| Administrator of the ESTATE | ) | |
| OF KEVAN THATCHER-STEPHENS, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PANNER, Judge.**

Based on the stipulation between the parties to this interpleader action, the claim by the City of Medford is dismissed with prejudice and without costs to any party.

IT IS SO ORDERED.

DATED this ___26___ day of April, 2007.

_____
OWEN M. PANNER
UNITED STATES DISTRICT JUDGE

1 - ORDER